# Third District Court of Appeal
## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1790
Lower Tribunal No. F98-14364
_____


**Negus M. Delhall,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Negus M. Delhall, in proper person.

James Uthmeier, Attorney General, for appellee.


Before SCALES, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.